**Mark A. JACKSON, Sr., Petitioner,**

v.

**DEPARTMENT OF THE TREASURY, Respondent.**

No. 2014–3034.

United States Court of Appeals, Federal Circuit.

March 21, 2014.

Mark A. Jackson, Sr., Philadelphia, PA, pro se.

Devin Andrew Wolak, Esq., Trial Attorney, Department of Justice, Washington, DC, for Respondent.

## ORDER

## ON MOTION

Mark A. Jackson, Sr. moves to voluntarily dismiss his petition for review.

Upon consideration thereof, IT IS OR-DERED THAT:

(1) The motion is granted. The petition is dismissed.

(2) Each side shall bear its own costs.